# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROSEMARIE KRISCHKE  
1318 ARVIDSON DRIVE     SSN-xxx-xx-2826  
MACHESNEY PARK, IL  61115

Case Number: 05-75512

Case filed on:     10/4/2005  
Plan Confirmed on: 12/30/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,384.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 998 | ROSEMARIE KRISCHKE | 0.00 | 0.00 | 201.91 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 201.91 | 0.00 |
| 001 | SELECT PORTFOLIO SERVICING INC | 14,479.27 | 7,006.62 | 7,006.62 | 0.00 |
|  | Total Secured | 14,479.27 | 7,006.62 | 7,006.62 | 0.00 |
| 002 | HEIGHTS FINANCE COMPANY | 8,610.00 | 0.00 | 0.00 | 0.00 |
| 003 | NICOR GAS | 471.36 | 471.36 | 471.36 | 0.00 |
| 004 | ROCKFORD HEALTH PHYSICIANS | 123.00 | 123.00 | 123.00 | 0.00 |
| 005 | CALVIN COOPER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | RESURGENCE FINANCIAL LLC | 1,070.01 | 1,070.01 | 1,070.01 | 0.00 |
| 007 | CAPITAL ONE | 432.28 | 432.28 | 432.28 | 0.00 |
|  | Total Unsecured | 10,706.65 | 2,096.65 | 2,096.65 | 0.00 |
|  | Grand Total: | 26,549.92 | 10,467.27 | 10,669.18 | 0.00 |

Total Paid Claimant:      $10,669.18  
Trustee Allowance:        $714.82  
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By  /s/Heather M. Fagan